# CONSUMER LAW CENTER LLC

**A Consumer Rights Law Firm**
10125 Colesville Road, Suite 378
Silver Spring, MD  20901
_____
Phone (301 ) 448-1304
www.marylandconsumer.com

**Phillip Robinson***

\* Admitted in MD and in
DC (Federal Court)

February 28, 2022

**Delivered by CM/ECF**
The Honorable Jia M. Cobb
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, NW
Washington, D.C. 20001

Re.:    *Ntam v. Paramount Residential Mortgage Group, Inc.*
Case No. 1:21-cv-01583
**Joint Letter Requesting Discovery Dispute Teleconference (If Necessary)**
**Follow-Up to February 17, 2022 Minute Order**

Dear Judge Cobb,

This letter is written pursuant to the Minute Order following the parties teleconference with Your Honor on February 17, 2022 concerning Defendant Paramount Residential Mortgage Group, Inc.'s ("PRMG") objections to Plaintiff's Requests for Production (ECF. 20-1) and third party Cenlar, FSB's ("Cenlar") objections to Plaintiff's subpoena seeking production (ECF. 20-2). As the Court held, these objections need to be resolved before the Court will consider Plaintiff's requests for privilege logs from PRMG and Cenlar. Of note the privilege logs are also necessary for Plaintiff to request the Office of the Comptroller of the Currency (OCC) to waive the bank examiner privilege asserted by Cenlar. *See* 12 C.F.R. §4.33. Cenlar disputes that such a privilege log is necessary or appropriate; the fact that Plaintiff cannot even formulate any request to the OCC without it underscores the overbreadth of the document request.

Since the objections are voluminous, the Plaintiff prepared two charts (one for PRMG and one for Cenlar) for ease of reference which sets out the discovery request, the Defendant or Cenlar's objection(s) thereto (written by Defendant or Cenlar), the Plaintiff's position, and room for the Court 's ruling. *See* Exhibits A & B hereto.

If it is necessary, Plaintiff, Defendant, and non-party Cenlar are available for a teleconference on the following dates:

- March 1, 2022
- March 15, 2022
- March 17, 2022

Letter to Judge Cobb
February 28, 2022
Page 2

Should the Court have any questions, please do not hesitate to let us know.

Respectfully,

*/s/Phillip Robinson*

Phillip Robinson

Counsel for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing and the attached exhibits was served on all counsel in this case through the Court's CM/ECF system when filed on this 28th day of February 2022.

*/s/Phillip Robinson*
Phillip Robinson