## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VICTOR NTAM**, *On behalf of himself individually and on behalf of two classes of Similarly Situated Persons.* <br><br> Plaintiff, <br><br> v. <br><br> **PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC.**, *On its behalf individually and on behalf of a class of Similarly Situated Persons* <br><br> Defendants. | Civil Case: 1:21-cv-01583-JMC |

### [PROPOSED] ORDER GRANTING DEFENDANT PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC.'S MOTION TO MODIFY SCHEDULING ORDER TO EXTEND PRMG'S EXPERT DISCLOSURE DEADLINE

UPON CONSIDERATION of the motion to modify scheduling order to extend PRMG's expert disclosure deadline, it is hereby **ORDERED**:

1. Defendant Paramount Residential Mortgage Group, Inc.'s expert disclosure deadline is extended by 60 days, to July 1, 2022.

   **SO ORDERED.**

_____
Jia M. Cobb
United States District Judge

Date: _____

126215095v.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that I served the foregoing via the Court's CM/ECF system on April 28, 2022 to:

Phillip R. Robinson
Consumer Law Center LLC
10125 Colesville Road, Suite 378
Silver Spring, MD 20901
Email: phillip@marylandconsumer.com

Brent S. Snyder
2125 Middlebrook Pike
Knoxville, TN 37921
Email: brentsnyder77@gmail.com

Robert P. Cocco
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
Email: bob.cocco@phillyconsumerlaw.com

*Counsel for plaintiff Victor Ntam*

                                                */s/ Regina J. McClendon*
                                                 Regina J. McClendon