## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VICTOR NTAM**, *On behalf of himself individually and on behalf of two classes of Similarly Situated Persons.* <br><br> Plaintiff, <br><br> v. <br><br> **PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC.**, *On its behalf individually and on behalf of a class of Similarly Situated Persons* <br><br> Defendant. | Civil Case: 1:21-cv-01583-JMC |

## EXHIBIT 2 TO
## PLAINTIFF'S REPLY IN SUPPORT OF HIS MOTION FOR LEAVE TO FILE SECOND AMENDED & SUPPLEMENTAL COMPLAINT

| Tracking_ID | File_Name | NCP_Job_ID | Product_Number | Loan_Number | Letter_ID | Zone | Batch_ID | FileReceived_Date | Mail_Date | FlexField1 | FlexField2 | FlexField3 | Flexfield4 | FlexField5 | FlexField6 | FlexField7 | effective |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5888482 | 565_132622992303007594_concatenated.pdf | 528667 | 9P001 | ▮4100 | CP001 | PO | AF09K4 | 4/7/2021 3:05:00 PM | 4/8/2021 12:00:00 AM | NULL | NULL | NULL | NULL | NULL | NULL | NULL | 2021-04-16 00:00:00.000 |