IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VICTOR NTAM**, *On behalf of himself individually and on behalf of two classes of Similarly Situated Persons.* <br><br> Plaintiff, <br><br> v. <br><br> **PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC.**, *On its behalf individually and on behalf of a class of Similarly Situated Persons* <br><br> Defendant. | Civil Case: 1:21-cv-01583-JMC |

### EXHIBIT 3 TO
### PLAINTIFF'S REPLY IN SUPPORT OF HIS MOTION FOR LEAVE TO FILE SECOND AMENDED & SUPPLEMENTAL COMPLAINT

VICTOR NTAM vs PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC., ET AL.
Christy Christiansen on 02/15/2022

```
 1           IN THE UNITED STATES DISTRICT COURT

 2                 FOR DISTRICT OF COLUMBIA

 3

 4    VICTOR NTAM, individually & on     )
      behalf of two classes of similarly )
 5    situated persons,                  )
                                         )
 6                          Plaintiff,   )
                                         ) Civil Action No:
 7       vs.                             ) 1:20-cv-01583-JEB
                                         )
 8    PARAMOUNT RESIDENTIAL MORTGAGE     )
      GROUP, INC., individually & on     )
 9    behalf of all others similarly     )
      situated,                          )
10                                       )
                            Defendant.   )
11    _____)

12

13

14

15       RECORDED DEPOSITION OF CHRISTY CHRISTIANSEN

16                  RIVERSIDE, CALIFORNIA

17              TUESDAY, FEBRUARY 15, 2022

18

19

20

21

22

23

24

25
```

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                   FOR DISTRICT OF COLUMBIA

 3

 4   VICTOR NTAM, individually & on     )
     behalf of two classes of similarly )
 5   situated persons,                  )
                                        )
 6                        Plaintiff,    )
                                        ) Civil Action No:
 7      vs.                             ) 1:20-cv-01583-JEB
                                        )
 8   PARAMOUNT RESIDENTIAL MORTGAGE     )
     GROUP, INC., individually & on     )
 9   behalf of all others similarly     )
     situated,                          )
10                                      )
                          Defendant.    )
11   _____)

12

13

14        Videotaped deposition of CHRISTY CHRISTIANSEN,

15   taken before Michelle Hutton, CSR No. 7322, a Certified

16   Shorthand Reporter for the State of California,

17   commencing at 10:41 a.m., Tuesday, February 15, 2022,

18   at 11801 Pierce Street, Suite 200, Riverside, California.

19

20

21

22

23

24

25
```

```
 1    APPEARANCES:

 2
      For Plaintiff:
 3
          CONSUMER LAW CENTER LLC
 4        BY: PHILLIP R. ROBINSON
          Attorney at Law
 5        10125 Colesville Road
          Suite 378
 6        Silver Spring, Maryland 20901
          (301) 448-1304
 7        phillip@marylandconsumer.com

 8
      For Defendant:
 9
          LOCKE LORD LLP
10        BY: REGINA J. MCCLENDON
          Attorney at Law
11        101 Montgomery Street
          Suite 1950
12        San Francisco, California 94104
          (415) 318-8804
13        (415) 707-2186 Fax
          rmcclendon@lockelord.com
14

15    Also Present:

16         BRENT SNYDER (Present via Zoom)

17

18

19

20

21

22

23

24

25
```

```
 1    RIVERSIDE, CALIFORNIA; TUESDAY, FEBRUARY 15, 2022
 2                      10:41 A.M.
 3
 4              CHRISTY CHRISTIANSEN,
 5         deponent, was sworn, examined
 6            and testified as follows:
 7
 8         MS. MCCLENDON:  I'm sorry.  Before we get
 9  started, I just want to confirm.  There's no
10  videographer present; is that correct?
11         MR. ROBINSON:  The court reporter is doing
12  the recording.
13         MS. MCCLENDON:  Who?
14         MR. ROBINSON:  The court reporter --
15         MS. MCCLENDON:  Okay.
16         MR. ROBINSON:  -- agency.
17         MS. MCCLENDON:  But there's no camera here,
18  and there's no videographer present; is that
19  correct?
20         MR. ROBINSON:  Huseby is recording.
21         MS. MCCLENDON:  Who?
22         MR. ROBINSON:  Huseby, the court reporting
23  company.
24         MS. MCCLENDON:  Okay.  But there's not a
25  videographer presenting recording the deposition;
```

 1  correct?
 2       MR. ROBINSON:  I don't see one in the room.
 3  It's being recorded by Zoom.
 4       MS. MCCLENDON:  Okay.
 5       MR. ROBINSON:  So I think I answered that
 6  question three times.
 7       MS. MCCLENDON:  All right.
 8       MR. ROBINSON:  Okay.
 9                    EXAMINATION
10  BY MR. ROBINSON:
11     Q    Can you state your name for the record, please,
12  and your business address.
13     A    Christy Christiansen, 1275 Corona Pointe,
14  Suite 301, Corona, California 92879.
15     Q    Okay.  And, Ms. Christiansen, I understand
16  you've been deposed before I think based on my research;
17  is that correct?
18     A    Yes.
19     Q    So I'm just going to go through some preliminary
20  rules for the road.  The one that I'm going to say
21  because I think you have a very strong background in the
22  mortgage business is it may seem today that I'm asking a
23  lot of basic questions that I know the answer to, you
24  know the answer to, your counsel probably knows the
25  answer to, but I have to ask basic questions 'cause the

1  people who are going to read the transcript later might
2  not know the answer to those questions.  So if you -- so
3  I apologize in advance basically with my first set of
4  instructions if it seems basic what I'm asking.
5         Do you understand that?
6   A    Yes, I do.
7   Q    All right.  And then if I ask a question and you
8  answer the question, I'm going to assume you understood
9  the question.
10        Is that fair?
11  A    Yes.
12  Q    And if I ask a question that you don't
13 understand, I'd ask that you please let me know so that I
14 can rephrase.
15  A    Okay.
16  Q    And the -- even though we're doing a Zoom
17 recording, the court reporter is taking the primary mode
18 of this deposition by transcript.  So as you know, it's
19 okay to nod your head, but try not to use just
20 expressions or just a nod of the head in responding to a
21 question.
22        Do you understand that?
23  A    Yes, I do.
24  Q    'Cause she's going to transcribe it onto the
25 transcript, and nods don't come out very well, and

 1    expressions like "uh-huh" or "uh," they don't -- we don't

 2    know what that means when it's in written form.

 3             Is that fair?

 4    A    Yes.

 5    Q    All right.  And then I'm not exactly sure how

 6    long this deposition might take.  My goal is not to go

 7    long if we don't need to, but if you need to take a break

 8    at some point, just let me know, and I'll try to work

 9    that in.  If I need to ask a question that's on my mind

10    before we take a break, I'll try to do that and then take

11    a break.

12             Is that fair?

13    A    Yes.

14    Q    All right. And then -- all right.  So let me

15    sort of just ask some background questions first.  As I

16    understand from your background, you once upon a time

17    went to Riverside City College probably here in

18    California; is that right?

19    A    Correct.

20    Q    And then you've worked in the mortgage industry

21    since at least the early 1990s; is that correct?

22    A    Yes.

23    Q    Beginning at Bank of America, going to Green

24    Point Credit, then Old Kent Mortgage, Green Tree

25    Servicing, which then became Ditech; is that right?

1   those entries mean?

2       A    Yes.

3       Q    The letter -- for example, let's take the one

4   from the bottom.  It's a -- there's a letter that has a

5   code XC846 Conv Counsel Agency Adv.

6       A    Yes.

7       Q    Probably a code list somewhere telling us what

8   that specific letter is; is that right, from your

9   experience?

10      A    Yes.

11      Q    All right.  But it -- it suggests that a letter

12  was sent on that date; correct?

13      A    Yes.

14      Q    All right.  And then if you go up further, the

15  one above that, the SCRA Notice, the Loss Mit-Convent

16  noti- -- or it says "LETTER SENT" next to those; right?

17      A    Yes.

18      Q    All right.  Then on like the third from the top,

19  there's one on February 18th, "FNMA 17 day delq NTCE

20  LETTER SENT"; correct?

21      A    Yes.

22      Q    All right.  And then if you go to the

23  preer -- previous page, which is PRMG_Ntam 378, at the

24  top of that page on March 24, 2021, it says, "QWR

25  EXTENSION LETTER SENT"; right?

 1     A    Yes.
 2     Q    And then on April 6 -- if you go to the next
 3  page, PMRG_Ntam000377, do -- do you see anywhere on that
 4  page it says the QWR response was sent?
 5     A    No.
 6     Q    Okay.  If you go to the prior page to that,
 7  PMRG -- MG_Ntam 376, do you see anything on that page
 8  that says the QWR response was sent?
 9     A    No.
10     Q    And if you go to the previous page,
11  PRMG_Ntam 375, do you see anything on that page that says
12  that the QWR response was sent?
13     A    No.
14     Q    And if you go to the previous page of
15  PMRG_Ntam 374, do you see anything on that page
16  indicating that the QWR response was sent?
17     A    No.
18     Q    And if you go to PMRG_Ntam000373, do you see
19  anything on that page that says that the QWR response was
20  sent?
21     A    No.
22     Q    And if you go to PMRG_Ntam 372, do you see
23  anything on that page that says the QWR response was
24  sent?
25     A    No.

 1      Q    And if you go to PMRG_Ntam 371, do you see

 2   anything on that page that the QWR response was sent?

 3      A    No.

 4      Q    And if you go to the first page, PMRG_Ntam 37,

 5   do you see anything on that page that says that the QWR

 6   response was sent?

 7      A    No.

 8      Q    Do you know of any facts that PRMG sent a

 9   response to Mr. Ntam's QW -- QWR notice of error?

10           MS. MCCLENDON:  Objection.

11           THE WITNESS:  I don't know.

12   BY MR. ROBINSON:

13      Q    I'm going to show you what we'll mark as

14   Exhibit 9.

15           (Exhibit 9 marked.)

16   BY MR. ROBINSON:

17      Q    And take your time to look at that, and let me

18   know when you're ready.

19      A    Okay.

20      Q    In preparation for today's deposition, had you

21   reviewed deposition Exhibit 9?

22      A    Yes.  I had scanned it.

23      Q    Okay.  Do you know of any facts that this

24   exhibit which purports to be a letter from Jennifer Vaden

25   to Mr. Ntam on behalf of PRMG was ever mailed to

```
 1   Mr. Ntam?
 2       A    I don't know.
 3       Q    Okay.  Did you identify any errors in the
 4   correspondence dated April 6th that's on PMRG_Ntam 235
 5   and 236?
 6       A    I did not review this document for errors.
 7       Q    Okay.  As director of loan servicing, would it
 8   bother you if your -- if the subservicer for PRMG was
 9   creating letters that were never sent to a borrower but
10   then contained material errors?
11            MS. MCCLENDON:  Objection.
12            THE WITNESS:  As part as -- of my job as
13   interim servicing?
14   BY MR. ROBINSON:
15       Q    Right, as a director.
16       A    The iss- --
17       Q    As a director.
18       A    As a director of -- of interim servicing, if a
19   complaint came of this magi- -- magnitude, it would be
20   referred to corporate legal --
21       Q    Right.
22       A    -- that handles complaints.
23       Q    And if a -- the complaint was drafted but never
24   sent to the borrower, does that seem right to you?
25            MS. MCCLENDON:  Objection.
```

```
 1   STATE OF CALIFORNIA      )

 2   COUNTY OF RIVERSIDE      )

 3

 4            I, the undersigned, a Certified Shorthand

 5   Reporter of the State of California, do hereby certify:

 6            That the foregoing proceedings were taken before

 7   me at the time and place herein set forth; that any

 8   witnesses in the foregoing proceedings, prior to

 9   testifying, were placed under oath; that a verbatim

10   record of the proceedings was made by me using machine

11   shorthand which was thereafter transcribed under my

12   direction; further, that the foregoing is an accurate

13   transcription thereof.

14            I further testify that I am neither financially

15   interested in the action nor a relative or employee of

16   any attorney of any of the parties.

17            IN WITNESS WHEREOF, I have this date subscribed

18   my name.

19

20   Dated:  February 25, 2022

21

22
                                   _____
23

24                                 _____
                                   Michelle Hutton, CSR
25                                 Certificate No. 7322
```