IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VICTOR NTAM | * | |
|     Plaintiff | * | |
| v. | * | Civil Case: 1:21-cv-01583-JMC |
| PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC. | * | |
| | * | |
|     Defendant | | |

* * * * * * * * * * * * * * * * * * * * *

## MOTION TO QUASH SUBPOENA
## ON BEHALF OF FLORENCE HERNDON, LCSW-C

Florence Herndon, LCSW-C, by and through counsel, Kristina L. Miller, moves to quash the Subpoena served on her by Defendant Paramount Residential Mortgage Group, Inc. regarding production of psychotherapy records, and in support thereof states as follows:

1.	Ms. Herndon is a licensed clinical social worker ("LCSW-C") residing and practicing in Maryland.

2.	Upon information and belief, Plaintiff filed an action that is pending in this Court. As part of that action, the Defendant issued a subpoena to testify at deposition from this Court to Ms. Herndon seeking "[a]ll records relating to Victor Ntam (DOB X/XX/XXXX), including but not limited to any and all documents that pertain to, relate to, evidence, memorialize, identify, mention, represent, or refer to any consultation, examination, treatment, or diagnosis of Victor Ntam (DOB X/XX/XXXX)" pertaining to Plaintiff. *See* Subpoena to Florence Herndon, LCSW-C, Exhibit 1. The deposition via zoom is scheduled for June 28, 2022 at 9:30 a.m. Defendant has also issued a subpoena to produce records to Ms. Herndon: "[a]ll records relating to Victor Ntam (DOB: X/XX/XXX), including but not limited to any and all documents that pertain to,

relate to, evidence, memorialize, identify, mention, represent, or refer to any consultation, examination, treatment, or diagnosis of Victor Ntam (DOB: X/XX/XXXX)". *See* subpoena to Florence Herndon, LCSW-C as Exhibit 2.

    3.      Defendant's subpoena improperly seeks psychotherapy records without Plaintiff's authorization or a Court order. Pursuant to Health Insurance Portability and Accountability Act ("HIPAA") regulations, Ms. Herndon is prohibited from disclosing Plaintiff's psychotherapy records absent her authorization. 45 C.F.R. § 164.508(a)(2); 45 C.F.R. § 160.102. Without an authorization, these records may only be disclosed in response to a court order. 45 C.F.R § 164.508(a)(2); 45 C.F.R. § 164.512(e)(1)(i).

    4.      Ms. Herndon upon receipt of the subpoenas wrote to both clients whom she was seeing for psychotherapy treatment (couple's counseling) and forwarded both clients an "Authorization to Disclose Health Information". *See* emails and forms Exhibit 3. Ms. Herndon has not received a response from either client. In addition, the records also contain records of therapy as to Ms. Desha Butler that cannot be redacted.

    5.      Here, there is neither an authorization nor a court order compelling Ms. Herndon to produce these records. A licensed clinical social worker, Ms. Herndon is duty bound to protect the confidentiality of any such records absent authorization from the patient or a court order. As neither document exists in this case, the subpoena must be quashed.

    WHEREFORE, Florence Herndon, LCSW-C, respectfully requests that this Honorable Court grant her Motion to Quash Subpoena.

          Respectfully submitted,

          /s/  Kristina L. Miller
          Kristina L. Miller (DC Bar #1027315)
          Anderson, Coe & King, LLP
          Seven St. Paul Street, Suite 1600
          Baltimore, MD  21202
          (T) 410-752-1630;  (F) 410-752-0085
          miller@acklaw.com
          *Attorney for Florence Herndon*

<u>Certificate of Service</u>

I HEREBY CERTIFY that on this 23rd day of June, 2022 a copy of the foregoing was efiled, eserved and/or mailed to:

| | |
|---|---|
| Phillip R. Robinson, Esquire<br>Consumer Law Center, LLC<br>10125 Colesville Road, Suite 378<br>Silver Spring, MD  20901<br>phillipreaserobinson@gmail.com<br>phillip@marylandconsumer.com<br>*Attorney for  Plaintiff Victor Ntam* | Brent S. Snyder, Esquire<br>2125 Middlebrook Pike<br>Knoxville, MD  37921<br>Brentsnyder77@gmail.com<br>*Attorney for  Plaintiff Victor Ntam* |
| Robert P. Cocco, Esquire<br>1500 Walnut Street, Suite 900<br>Philadelphia, PA  19102<br>Bob.cocco@ phillyconsumerlaw.com | Regina J. McClendon, Esquire<br>Lindsey Kress, Esquire<br>Locke Lord LLP<br>101 Montgomery Street, suite 1950<br>San Francisco, CA  94104<br>rmcclendon@lockelord.com<br>lkress@lockelord.com<br>*Attorney for Defendant Paramount Residential Mortgage Group, Inc.* |
| Carlos M. Marin, Esquire<br>Locke Lord LLP<br>111 S. Wacker Drive, Suite 4100<br>Chicago, IL 60606<br>Carlos.marin@lockelord.com<br>*Attorney for Defendant Paramount* | Dale Evans, Jr., Esquire<br>Thomas J. Cunningham, Esquire<br>Locke Lord LLP<br>777 South Flagler Drive, Suite 215-E<br>West Palm Beach, FL  33401<br>Dale.evans@lockelord.com |

| | |
|---|---|
| *Residential Mortgage Group, Inc.* | tcunningham@lockelord.com<br>*Attorney for Defendant Paramount Residential Mortgage Group, Inc.* |

   /s/  Kristina L. Miller
Kristina L. Miller (DC Bar #1027315)

4891-8273-3862, v. 1