# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VICTOR NTAM**,<br><br>*On behalf of himself individually and on behalf of two classes of Similarly Situated Persons.*<br><br>Plaintiff,<br><br>v.<br><br>**PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC.**,<br><br>*On its behalf individually and on behalf of a class of Similarly Situated Persons*<br><br>Defendants. | Civil Case: 1:21-cv-01583-JMC |

## DECLARATION OF REGINA J. MCCLENDON IN SUPPORT OF DEFENDANT PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC.'S OPPOSITION TO PLAINTIFF VICTOR NTAM'S MOTION TO MODIFY SCHEDULING ORDER TO EXTEND CLASS CERTIFICATION DISCOVERY DEADLINE

I, Regina J. McClendon, declare:

1. I am an attorney at law and a partner at the law firm Locke Lord LLP. I make this declaration based on my own personal knowledge.

2. I am counsel of record in the above-entitled action for defendant Paramount Residential Mortgage Group, Inc. ("PRMG").

3. Pursuant to the scheduling order issued on October 21, 2021, the deadline for class certification discovery is June 30, 2022. Discovery opened on September 29, 2021.

4. On November 10, 2022, plaintiff Victor Ntam served PRMG a first request for production of documents and three notices of deposition pursuant to Federal Rule of Civil Procedure 30(b)(1). Plaintiff served a fourth notice of deposition pursuant to Federal Rule of Civil Procedure 30(b)(1) on November 30, 2021.

5. The Rule 30(b)(1) depositions took place on February 15, 2022, March 12, 2022,

and April 14, 2022.

6.  On May 13, 2022, Plaintiff served his first set of requests for admission and first set of interrogatories to PRMG.

7.  Also on May 13, 2022, Plaintiff served a Notice of Deposition of PRMG's Corporate Designee Witness pursuant to Rule 30(b)(6). The Rule 30(b)(6) Notice listed 21 separate topics of examination and unilaterally set the deposition for June 14, 2022. Plaintiff failed to schedule the conference required by Rule 30(b)(6) to discuss the matters of examination.

8.  On June 3, 2022, PRMG served objections to the Rule 30(b)(6) Notice. On the same date, I emailed Plaintiff's counsel and asked to set up the conference to discuss the topics of examination, as required by Rule 30(b)(6). Plaintiff's counsel failed to respond, so I followed up on June 8, 2022. We then conducted the conference on June 10, 2022, and Plaintiff's counsel provided further clarification of the categories of examination, which enabled PRMG to identify the appropriate witnesses.

9.  On June 17, 2022, in response to Plaintiff's counsel's request to extend the June 30, 2022 phase one discovery deadline, my colleague Dale Evans informed Plaintiff's counsel that PRMG would not agree to extend the deadline, but would agree that previously-noticed depositions could be completed in the first half of July. A true and correct copy of the email sent by Mr. Evans that I was copied on is attached as Exhibit 1.

10. The depositions of two of the three Rule 30(b)(6) witnesses have been set for July 8 and 13, dates agreed upon by the parties, and the third will be scheduled shortly.

11. As of today's date, Plaintiff has served no further discovery on PRMG.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 28, 2022.

/s/ *Regina J. McClendon*
Regina J. McClendon

# **CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing via the Court's CM/ECF system on June 28, 2022 to:

Phillip R. Robinson
Consumer Law Center LLC
10125 Colesville Road, Suite 378
Silver Spring, MD 20901
Email: phillip@marylandconsumer.com

Brent S. Snyder
2125 Middlebrook Pike
Knoxville, TN 37921
Email: brentsnyder77@gmail.com

Robert P. Cocco
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
Email: bob.cocco@phillyconsumerlaw.com

*Counsel for plaintiff Victor Ntam*

                                                 */s/ Regina J. McClendon*
                                                   Regina J. McClendon

127681397v.1