# EXHIBIT 1

McClendon, Regina

| | |
|---|---|
| **From:** | Evans, Dale |
| **Sent:** | Friday, June 17, 2022 9:30 AM |
| **To:** | Brent Snyder; Robert Cocco; Phillip Robinson; Lauren Stone |
| **Cc:** | Cunningham, Thomas J.; McClendon, Regina; Kress, Lindsey |
| **Subject:** | RE: Ntam v. PRMG - joint letter to the court |
| **Attachments:** | Joint Letter re discovery dispute concerning discovery responses and depos-c.DOCX |

Brent,

We reviewed your proposed letter and conferred with our client. PRMG does not agree to extend the Phase 1 discovery cutoff, though it does agree that previously-noticed depositions can be completed in the first half of July if necessary. Could you please provide us with plaintiff's position for the letter to the Court regarding PRMG's request to exceed the 10-deposition limit at your earliest convenience? Please see attached.

Thank you,

Dale A. Evans Jr.
**Locke Lord LLP**
Tel: (561) 820-0248

**From:** Brent Snyder <brentsnyder77@gmail.com>
**Sent:** Tuesday, June 14, 2022 4:17 PM
**To:** McClendon, Regina <RMcClendon@lockelord.com>
**Cc:** Phillip Robinson <phillip@marylandconsumer.com>; Cunningham, Thomas J. <TCunningham@lockelord.com>; Evans, Dale <Dale.Evans@lockelord.com>; Kress, Lindsey <LKRESS@lockelord.com>; Marin, Carlos <Carlos.Marin@lockelord.com>; bob.cocco@phillyconsumerlaw.com
**Subject:** Re: Ntam v. PRMG - joint letter to the court

**\*\* External Email -- Sender: brentsnyder77@gmail.com \*\***

Counsel
Attached is a draft Joint Motion and Stipulation that hopefully addresses the discovery disputes regarding the taking of depositions in excess of the amount set by FRCP 30 and moving the court to amend the current discovery deadline in the scheduling order. Please advise if you have any edits.

With respect to stipulations we discussed resolving the objections served by PRMG to the 30(b)(6) deposition; we need a day or two so that we can review prior deposition testimony to confirm the topics have been sufficiently addressed. Again we are not opposed to them as we discussed on Friday June 10th but just want the opportunity to confirm.
Thank you,
Brent S. Snyder
2125 Middlebrook Pike
Knoxville, TN 37921-5855
Office: 865.546.2141
Fax:    865.546.5777
Direct: 865.264.3328
brentsnyder77@gmail.com

This e-mail message is intended only for the person to whom it was addressed and may contain attorney-client privileged and confidential information.  If you are not the intended recipient or the person responsible for delivering this e-mail to the

1