IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VICTOR NTAM**,<br><br>*Individually and on behalf of two classes of Similarly Situated Persons.*<br><br>Plaintiff,<br><br>v.<br><br>**PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC., CENLAR FSB,**<br><br>Defendants. | Civil Case: 1:21-cv-01583-JMC |

**[PROPOSED] ORDER GRANTING DEFENDANTS PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC. AND CENLAR FSB'S MOTION TO EXCLUDE PORTIONS OF REBUTTAL EXPERT THOMAS TARTER'S REPORT AND PRECLUDE CERTAIN TESTIMONY**

UPON CONSIDERATION of Defendants Paramount Residential Mortgage Group, Inc. and Cenlar FSB's motion to exclude portions of rebuttal expert Thomas Tarter's report and preclude certain testimony, it is hereby **ORDERED:**

1. The motion is granted. The following portions of Plaintiff Victor Ntam's rebuttal expert Thomas Tarter's Report are excluded and cannot be used by Plaintiff with respect to this litigation:

    A. Plaintiff's Qualified Written Request ("QWR") provided sufficient information for Defendants to identify the missing monthly mortgage payment and apply it to his loan (Tarter Report, p. 20 n.14);

    B. Plaintiff's explanation regarding his failure to occupy the subject property within 60 days as required by his loan documents was "plausible" and "commercially reasonable" (*id.*, pp. 22-23);

    C. Plaintiff suffered emotional distress damages (*id.*, p. 26);

    D. PRMG's and Cenlar's investigations and the information they furnished Credit

       Reporting Agencies ("CRAs") was flawed because it was inaccurate and not timely submitted (*id.*, p. 28);

  E. Creditor Grantors routinely obtain information from CRAs on consumers for clients, like mortgage lender [sic] who then utilize that information as part of their credit decision making process (*id.*, p. 31);

  F. Credit furnishers and credit reporters are required to have procedures to prevent the communication of inaccurate credit information (*id.*, p. 32); and

  G. PRMG/Cenlar's delay in timely posting Mr. Ntam's payments and updating inaccurate tradeline information furnished CRAs on Mr. Ntam's loan was unreasonable and in conscious disregard of supporting information (*id.*, pp. 33-34).

2. Mr. Tarter is also precluded from offering any testimony regarding the above-listed opinions with respect to this litigation.

   **SO ORDERED.**

 

                                                                Jia M. Cobb
                                                                United States District Judge

Date: _____

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing via the Court's CM/ECF system on December 19, 2022 to:

Dionna Maria Lewis, Managing Attorney
Jessica M. Ochoa, Associate Attorney
District Legal Group, PLLC
700 Pennsylvania Ave SE, Suite 2098
Washington, D.C. 20003
Email:  DistrictLegalGroup@gmail.com
associate@districtlegalgroup.com

>                                         /s/ *Regina J. McClendon*
>                                         Regina J. McClendon